IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**SAFECO INSURANCE COMPANY**                                            **PLAINTIFF**
**OF AMERICA**

**V.**                                            **CASE NO. 5:21-CV-05034**

**DILLON DOOMS;**
**TABATHA TAYLOR;**
**HALEY RHODES;**
**and ADRIANA PINEDA**                                              **DEFENDANTS**

## JUDGMENT

For the reasons set forth in the Court's Bench Trial Opinion and Order filed today,

**IT IS HEREBY ORDERED AND ADJUDGED AS FOLLOWS:**

1. Plaintiff Safeco Insurance Company of America is **DECLARED** to have no duty to continue to defend Defendant Dillon Dooms in two lawsuits filed against him by Separate Defendants Haley Rhodes, Adriana Pineda, and Tabatha Taylor in the Circuit Court of Washington County, Arkansas, case numbers 72CV-20-2109 and 72CV-21-1226.

2. Safeco is **FURTHER DECLARED** to have no duty to indemnify Mr. Dooms against any claims alleged in the two lawsuits filed against him in the Circuit Court of Washington County, Arkansas, case numbers 72CV-20-2109 and 72CV-21-1226.

**IT IS SO ORDERED** on this 29th day of July, 2022.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE